## Commonwealth *v.* LaLonde et al., Appellants.

Argued November 13, 1970. *Marjorie H. Matson,* for appellants; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* As-

sistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN and SPAULDING, JJ., dissent.